IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 12-cv-02783-PAB-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: December 13, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                              *Counsel:*

EGS, INC., *et al*.,                                    Perry L. Glantz

    Plaintiffs,

v.

STOLLER GROUP, INC., THE,                               Sandra B. Wick Mulvany

    Defendant.

### COURTROOM MINUTES/RECOMMENDATION PURSUANT TO RULE 72(b)

**HEARING:  MOTION HEARING**
**Court in Session:     2:23 p.m.**
Court calls case. Appearances of counsel. Ms. Susan Fenske appears at plaintiff's table with counsel.

The court addresses parties regarding the plaintiff's MOTION to Amend/Correct/Modify #6 Complaint (Docket No. 11, filed on 11/19/2012), the defendant's RESPONSE to #11 MOTION to Amend/Correct/Modify #6 Complaint (Docket No. 20, filed on 12/10/2012), and the plaintiff's REPLY to Response to #11 MOTION to Amend/Correct/Modify #6 Complaint (Docket No. 21, filed on December 12, 2012).

Mr. Glantz presents oral argument and engages in discussion with the court.

Ms. Mulvany presents oral argument and engages in discussion with the court.

The court cites relevant case law and rules for the parties.

The court stated, from the bench, its findings and legal basis for its recommendation. As stated on the record, the court hereby recommends that the plaintiff's MOTION to Amend/Correct/Modify

#6 Complaint (Docket No. 11, filed on 11/19/2012) be **GRANTED IN PART**. The court hereby recommends that the plaintiff's MOTION to Amend/Correct/Modify #6 Complaint (Docket No. 11, filed on 11/19/2012) be **DENIED** to the extent that it seeks to amend the complaint under Rule 15(a). The court informs the parties that since it will not be issuing a separate recommendation their 14 days to appeal starts from today's date.

HEARING CONCLUDED.

**Court in recess**:     **3:51 p.m.**
Total time in court:    01:28

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.