IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-02783-PAB-CBS

EGS, INC., and SUSAN FENSKE,

      Plaintiffs,

v.

THE STOLLER GROUP, INC.

      Defendant.
_____

### ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION
_____

      This matter is before the Court on the Recommendation of United States Magistrate Judge Craig B. Shaffer filed on December 13, 2012 [Docket No. 23].  The Recommendation states that objections to the Recommendation must be filed within fourteen days after its service on the parties.  *See* 28 U.S.C. § 636(b)(1)(C).  The Recommendation was served on December 14, 2012.  No party has objected to the Recommendation.

      In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate.  *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings").  In this matter, the Court has reviewed the

Recommendation to satisfy itself that there is "no clear error on the face of the record."[1]

Fed. R. Civ. P. 72(b), Advisory Committee Notes.  Based on this review, the Court has

concluded that the Recommendation is a correct application of the facts and the law.

Accordingly, it is

ORDERED as follows:

1.  The Recommendation of United States Magistrate Judge [Docket No. 23] is

ACCEPTED.

2.  Plaintiffs' Motion to Amend the Complaint, Join Additional Parties, and

Remand to State Court [Docket No. 11] is granted in part and denied in part.  The

motion is denied to the extent that it seeks to amend the complaint under Rule 15(a).

3.  That, pursuant to 28 U.S.C. § 1447(e), the Law Offices of Bovino &

Associates and David A. Bovino are joined as defendants to this action.

4.  That, pursuant to 28 U.S.C. § 1447(c), because the joinder of these

defendants destroys diversity of the parties, this case is REMANDED to the District

Court for Arapahoe County Colorado, where it was originally filed as Civil Action No.

2012 CV 1754.

DATED January 28, 2013.

BY THE COURT:

  s/Philip A. Brimmer                                   
PHILIP A. BRIMMER
United States District Judge

---

[1] This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review.  Fed. R. Civ. P. 72(b).